UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick Banks,
LSCI Butner
PO Box 999
Butner, N.C. 27509
#05711-068;

HEXAGON, LLC
613 Cross Street
East McKeesport, PA 15035,

PLAINTIFFS

VS.

Bureau of Prisons
320 First St N.W.
Washington, D.C. 20001;

Department of Justice
555 4th Street, N.W.
Washington, D.C. 20530,

Lt. R Dodson ; Lt. Allen
LSCI Butner,
Old Highway 75
PO Box 999
Butner, NC 27509

Defendants.

CASE NUMBER 1:07CV00321
JUDGE: Unassigned
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 02/9/2007

COMPLAINT

AND NOW COMES, The Plaintiffs, Frederick Banks and Hexagon, LLC who allege and represent for their complaint as follows;

1. Frederick Banks ("Banks") is a federal inmate presently confined at LSCI Butner in North Carolina. Banks is a writer of Novels, short stories and poetry, an avid creator of Fiction, a musician, composer, Independent Film Director and "Record Man" known worldwide mainly through his work with a music and film project known as "Vampire Nation". See allmusic.com, Amazon.com, and rollingstone.com, Search criteria "Vampire Nation". Banks records and directs under the name "Fredrik von Hamilton" and writes under the name "Von Hamilton."

2. On 12/28/06 Banks was handcuffed and lodged into the SHU at Butner by BOP employees including SIS Lt. R. Dodson and Banks Stories were confiscated along with some poetry. Due process requires early hearing on Detention

of Property Seized for evidence the Court in Krimstock v. Kelly, No. 03-6491 (2d cir 9/15/03) "When an individual deprived of property interests the Due Process clause guarantees a meaningful hearing at a meaningful time." The Court held that due process requires that claimants "be given an early opportunity to test the probable validity of further deprivation including probable cause for the initial seizure." Id. Banks is aggrieved because the original works are going to be provided to publishers and Banks can't do so until they are returned. Banks moves this Court for a hearing in the matter and an order refusing his property.

3. The works taken included "The Submariner", "Betrayal/Forgiveness", "Student Bodies", and "Goodbye - the farewell papers series", and "A good day".

4. Once Banks realized the works were missing, he immediately contacted Lt. Moseley who reffered him to Lt Dodson requesting return of the works and cited to the Copyright Statutes since Banks planned to publish the works as manuscripts as allowed by BOP policy. At that time Banks also wrote to the Unit team requesting administrative remedies forms and asked for a BP 8, 9, 10, and 11 so that he could exhaust the remedies to have his records returned and acquire all records related to the pending SIS investigation. These requests were forwarded to Counselor Green, Unit Manager Walter Harris, Warden Stansberry and Lt Dodson on 12/30/06. Banks did not receive a response to the requests. Lt. Allen was also a participant in confiscating Banks property and did not return it.

5. On 1/2/07 Banks renewed the request for the remedies verbally to Counselor Green and Unit Manager Harris when they showed up to deliver him legal mail. These verbal requests also were not responded to therefore Banks has exhausted his available remedies in this case. Further since Hexagon LLC is not a federal inmate but is an entity that has an ownership interest in the returned works no exhaustion requirement applies to Hexagon LLC. In either case the available remedies have been exhausted.

6. On 1/8/07 Banks sent another request to Lt. Dodson requesting the works. Dodson responded on 1/15/07 and did not provide the requested records.

7. On 1/18/07 Banks wrote to Dodson requesting the works and every record in his office, system of records and investigative file that pertained to him, about him or that mentioned his name under the Freedom of Information Act and Privacy Act. Banks never received the requested records. Banks also sent this request to BOP's central office who also did not respond to the requestor invoke any exemptions.

COUNT 1-2 - Freedom of Information Act

8. Paragraphs 1 through 7 are hereby incorporated by reference and realleged as if fully set forth again.

9. Banks purpounded a request to the Federal Bureau of Prisons for records under the Freedom of Information Act.

10. The Federal Bureau of Prisons did not provide the requested records in violation of the Freedom of Information Act. Banks was damaged as he did not receive the records he is entitled to under the Act.

## Count 3-4 - Privacy Act

11. Paragraphs 1 through 10 are hereby incorporated by reference as if fully set forth again.

12. Banks propounded a request to the Federal Bureau of Prisons for records under the Privacy Act.

13. The Federal Bureau of Prisons did not provide the requested records in violation of the Privacy Act. Banks was damaged as he did not receive the records he is entitled to under the Privacy Act, 5 USC 552a.

WHEREFORE, The Plaintiffs respectfully requests that judgment be entered for the Plaintiffs and against the Defendants ordering Defendants to release all requested records under the Freedom of Information Act and Privacy Act forthwith along with costs, interest and fees and a hearing and order returning his property to Banks forthwith.

Respectfully Submitted,

Frederick Banks
#05711-068
PO Box 999
Butner, N.C. 27509

Hexagon, LLC
613 Cross Street
East McKeesport, PA 15035

PLAINTIFFS

### Count 5   Federal Tort Claims Act

14. Paragraphs 1 through 13 are hereby incorporated by reference and realleged as if fully set forth again.

15. Banks filed a Federal Tort Claim in the amount of one million dollars for the retained and confiscated original works listed above. Banks was damaged by Defendants retention of the works because he sought to publish said works and the works are subject to be "reproduced" and "duplicated" now that they are maintained in a BOP "investigative file." See Exhibit A.

16. Banks cannot seek publication of the works pursuant to the BOP's policy on manuscripts because Defendants refuse to return them to him and therefore Defendants are liable to Banks pursuant to the Federal Tort Claims Act (which was filed before this action was instigated) in the amount of $1,000,000.00.

### Count 6-82 - Privacy Act violations

17. Paragraphs 1 through 16 are hereby incorporated by reference and realleged as if fully set forth again.

18. Banks since his arrival at LSCI Butner has sent at least 75 cop outs to staff on a variety of subjects including requests for administrative remedies to exhaust on all claims listed herein, requests for verification of his whereabouts during the periods of the events leading up to his detainment in the SHU etc.

19. Defendants Bureau of Prisons and staff thereof did not respond to these cop outs and knowingly and willfully failed to maintain these cop out requests in Banks central file so that the file could be falsified.

20. As such Defendants owe Banks $1,000.00 per each record they failed to maintain and/or falsified in the total amount of $75,000.00.

WHEREFORE, The Plaintiffs, respectfully requests that judgment be entered for the Plaintiffs and against the Defendants in the amount of $1,075,000.00 plus costs, interest and fees.

Respectfully Submitted,

2

Frederick Banks
#65711-068
PO Box 999
Butner, NC 27509


Hexagon, LLC
613 Cross Street
East Mckeesport, PA 15035


PLAINTIFFS

```
BP-S148.055   INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Lt. Dodson / SIS | 1/8/07 |
| FROM: Fredrick Banks | REGISTER NO.: 05711-068 |
| WORK ASSIGNMENT: Return of copywriten property requested | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I spoke with Lt. Moss who told me to contact you. I request the return of my copyrighted stories including "The Subversive," "Goodbye," "Betrayal/Forgiveness," "Student Games," and "A good Day" along with any other property you may have. All said property is copyrighted through the U.S. as per the disclaimer contained in many of the works. I would appreciate it if you would return it to me forthwith. Continued retention is in violation of 18 U.S.C. § 506(a)(1) and notice is hereby given.

Sincerely
Fred Banks

(Do not write below this line)

DISPOSITION:

The documents returned to me part of the investigative file. They will not be reproduced or published; therefore, there will be no "copyright" infringement.

07 0321
FILED
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature Staff Member [signature]    Date 1/15/07

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94



Exhibit A

Copout to: Lt. Dods /SIS/ Federal Bureau of Prisons / LSCI Butner         te; 1/18/07

From; Frederick Banks
#05711-068
PO Box 999
Butner, NC 27509

Unit - SHU

[COPY stamp]

RE; Freedom of Information / Privacy Act request and Response to copout dated 1/15/07

To Lt. Dodson;

I am in receipt of your response to my copout dated 1/15/07 in which you state that the documents I requested return of are "part of the investigative file. They will not be reproduced or published; Therefore, there will be no "copyright" infringement." and I thank you for acknowledging that you have opened and keep an "investigative file" in this matter. However, the copyright laws also reach retention of original documents and therefore I renew my request for their return. Also, as you know you have two copies of "The Submariner" and there is no valid reason for retention of both copies.

Also, pursuant to the Freedom of Information Act and Privacy Act of 1974 I hereby request everything in your system of records and investigative file about me, pertaining to me or that mentions my name. My identifying information is Frederick Banks Reg. No. 05711-068. Date of Birth 9/10/67. Failure to deliver the records to my above listed address constitutes an improper withholding of agency records.

Respectfully Submitted,

Frederick Banks

cc: Central Office
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20001

Exhibit B