UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick Banks, )
)
    Plaintiff, )
)
v. ) Civil Action No. **07 0321**
)
)
Bureau of Prisons *et al.*, )
)
    Defendants. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 5th day of February 2007,

ORDERED that the application to proceed *in forma pauperis* [# 2] is GRANTED; it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A, the claim brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, is DISMISSED without prejudice; and it is

FURTHER ORDERED that the remainder of the case is TRANSFERRED to the United States District Court for the Eastern District of North Carolina. This is a final appealable Order.

_____
United States District Judge